**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MCGHEE, on behalf of himself and others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>TESORO REFINING & MARKETING COMPANY LLC; ANDEAVOR; ANDEAVOR LOGISTICS LP; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 4:18-cv-05999-JSW<br><br>[~~PROPOSED~~] ORDER APPROVING **JOINT STIPULATION FURTHER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**<br><br><br>Complaint Filed:     August 17, 2018 |

After consideration of the Stipulation Further Extending Time to Respond to Complaint filed by Plaintiff Derek L. McGhee and Defendants Tesoro Refining & Marketing Company LLC, Andeavor, and Andeavor Logistics LP (collectively, "Defendants"), and for good cause showing, the Court hereby approves the Stipulation.  Defendants shall have through and including February 4, 2019, to respond to Plaintiff's Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 20, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

1