1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEREK L. McGHEE,

       Plaintiff,

  v.

TESORO REFINING & MARKETING
COMPANY, LLC, ET AL,

       Defendants.

_____/

No. C 18-05999 JSW

**ORDER TO SHOW CAUSE**

      By order dated October 16, 2018, this Court set an initial case management conference for January 4, 2019 and required personal appearances by counsel.  By order dated December 20, 2019, this Court granted the parties' stipulation to continue the case management conference to February 1, 2019.  On Friday, February 1, 2019, this Court held the initial case management conference in this matter.  Neither lead counsel for Plaintiff made an appearance.

      Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing as to why this case should not be dismissed for failure to prosecute and why the Court should not impose monetary sanctions in the amount of $500.00 on both Joseph Lavi and Vincent C. Granberry.  Plaintiff's response to this Order to Show Cause shall be due by February 8, 2019.

      **IT IS SO ORDERED.**

Dated:  February 1, 2019

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE