1  SEYFARTH SHAW LLP
   William J. Dritsas (SBN 97523)
2  *wdritsas@seyfarth.com*
   560 Mission Street, 31st Floor
3  San Francisco, CA  94105-2930
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  SEYFARTH SHAW LLP
   Timothy M. Rusche (SBN 230036)
6  *trusche@seyfarth.com*
   Zaher Lopez (SBN 272293)
7  *zlopez@seyfarth.com*
   601 S. Figueroa Street, Suite 3300
8  Los Angeles, California 90017
   Telephone: (213) 270-9600
9  Facsimile: (213) 270-9601

10 SEYFARTH SHAW LLP
   Michael W. Kopp (206385)
11 mkopp@seyfarth.com
   400 Capitol Mall, Suite 2350
12 Sacramento, California  95814
   Telephone:  (916) 448-0159
13 Facsimile:  (916) 558-4839

14 Attorneys for Defendants
   TESORO REFINING & MARKETING COMPANY LLC;
15 ANDEAVOR LLC (formerly Andeavor); ANDEAVOR
   LOGISTICS LP

16

17 **UNITED STATES DISTRICT COURT**

18 **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| DEREK L. MCGHEE, on behalf of himself and others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>TESORO REFINING & MARKETING COMPANY LLC; ANDEAVOR; ANDEAVOR LOGISTICS LP; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 4:18-cv-05999-JSW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Complaint Filed: August 17, 2018<br>Amended Complaint Filed: February 14, 2019 |

**TO THE COURT, PLAINTIFF, AND HIS ATTORNEYS OF RECORD:**

Defendants Tesoro Refining & Marketing Company LLC, Andeavor LLC (formerly Andeavor), and Andeavor Logistics LP (collectively "Tesoro") hereby file an administrative motion to consider whether to relate cases pursuant to Northern District Local Rule 3-12, and state that the below-identified action newly pending in the United States District Court for the Northern District of California (a) appears to allege similar claims against Tesoro on behalf of overlapping groups of employees; and (b) is likely to result in an unduly burdensome duplication of labor and expense or potentially conflicting results if the cases are litigated before different judges. Tesoro's representations made in this Notice are solely for the purpose of complying with Local Rule 3-12.

Derek McGhee filed this putative class action on August 17, 2018 in Contra Costa County Superior Court. This putative class includes employees at Tesoro's Martinez refinery who are "operators" and "maintenance" workers.

McGhee alleges, among other things, that Tesoro (i) failed to compensate employees for time spent "on-call" when they supposedly could not engage in personal activities, (ii) failed to pay wages due upon termination of employment, (iii) provided inaccurate wage statements; and (iv) engaged in unfair competition. Tesoro removed the action to federal court and filed a motion to dismiss on March 15, 2019, which is set for hearing on October 25, 2019.

Tesoro is aware of the following newly filed action:

***Janice Wood, Anthony Alfaro, and Aaron Dietrich, on behalf of themselves and others similarly situated, v. Marathon Refining Logistics Services LLC, et. al.*, United States District Court for the Northern District of California, Case No. 3:19-cv-04287-LB**

Janice Wood, Anthony Alfaro, and Aaron Dietrich (collectively the "*Wood* Plaintiffs") filed a putative class action complaint against Marathon Refining Logistics Services LLC ("Marathon") on June 24, 2019 in Contra Costa County Superior Court. Marathon is a successor of Tesoro Refining & Marketing Company LLC and now is the employer of "operators" and "maintenance" workers who work at the Martinez refinery. Therefore, this putative class, like that in *Wood*, includes employees at the Martinez refinery who are "operators" and "maintenance" workers who were employed by Tesoro Refining & Marketing Company LLC.

The *Wood* Plaintiffs, like McGhee allege that Marathon (i) failed to compensate employees with reporting-time pay when they were "on-call" and supposedly prevented from engaging in personal activities, (ii) failed to pay wages due upon termination of employment, (iii) provided inaccurate wage statements, and (iv) engaged in unfair competition. Marathon removed the action to federal court and intends to file a motion to dismiss, which will be predicated, in part, on the same arguments as the pending motion to dismiss in *McGhee*.

Accordingly, the *McGhee* action and the *Wood* action allege claims on behalf of overlapping groups of employees (operators and maintenance workers at Tesoro's, and now Marathon's, Martinez refinery). Further, both putative class actions base their compensation claims on periods employees spend "on-call" and they allege the same derivative claims for allegedly unpaid final wages, deficient wage statements, and unfair competition. Accordingly, both litigations will involve (i) the adjudication of whether operators and maintenance workers at the Martinez refinery are owed compensation for periods when they were "on-call," (ii) the resolution of similar motions to dismiss, (iii) the determination of similar motions for class certification, and (iv) the adjudication of similar derivative claims.

DATED: August 1, 2019

Respectfully submitted,

SEYFARTH SHAW LLP

By: _____
Timothy M. Rusche
Attorneys For Defendants
TESORO REFINING & MARKETING COMPANY LLC; ANDEAVOR LLC (FORMERLY ANDEAVOR); ANDEAVOR LOGISTICS LP