1  **SEYFARTH SHAW LLP**
   William J. Dritsas (SBN 97523)
2  wdritsas@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, CA  94105-2930
   Telephone: (415) 397-2823
4  Facsimile:  (415) 397-8549

5  **SEYFARTH SHAW LLP**
   Timothy M. Rusche (SBN 230036)
6  trusche@seyfarth.com
   Zaher Lopez (SBN 272293)
7  zlopez@seyfarth.com
   601 South Figueroa Street, Suite 3300
8  Los Angeles, California 90017
   Telephone: (213) 270-9600
9  Facsimile:  (213) 270-9601

10 **SEYFARTH SHAW LLP**
   Michael W. Kopp (SBN 206385)
11 mkopp@seyfarth.com
   400 Capitol Mall, Suite 2350
12 Sacramento, California 95814-4428
   Telephone: (916) 448-0159
13 Facsimile:  (916) 558-4839

14 Attorneys for Defendants
   TESORO REFINING & MARKETING COMPANY
15 LLC, ANDEAVOR LLC (formerly Andeavor) and
   ANDEAVOR LOGISTICS LP

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| DEREK L. MCGHEE, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING & MARKETING COMPANY LLC, ANDEAVOR; ANDEAVOR LOGISTICS LP; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 4:18-cv-05999-JSW<br><br>**DECLARATION OF TIMOTHY M. RUSCHE RE: DEFENDANTS' ADMINISTRATIVE MOTION**<br><br>[Filed Concurrently with Defendants' Administrative Motion; [Proposed] Order] |

**DECLARATION OF TIMOTHY M. RUSCHE RE: DEFENDANTS' ADMINISTRATIVE MOTION**
58361339v.1

I, Timothy M. Rusche, declare and state as follows:

1. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify as to their accuracy.

2. I am an attorney admitted to practice law in the State of California and before this Court, and I am a partner with the law firm of Seyfarth Shaw LLP. I am counsel of record for Defendants, Tesoro Refining & Marketing Company, LLC; Andeavor LLC (formerly Andeavor) and Tesoro Logistics GP, LLC ("Tesoro"), in the above-captioned lawsuit.

3. On July, 30, 2019, I reached out to counsel for Plaintiffs indicating that Tesoro intended to file a motion regarding related cases per Local Rule 3-12 and requested a response by July 31 as to whether they would join in a stipulation. To date, I have not received a response. Accordingly, Tesoro was required to file an administrative motion in order to promptly inform the Court about the issue presented by the motion.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of August, 2019, at Los Angeles, California.

*/s/ Timothy M. Rusche*
Timothy M. Rusche

**DECLARATION OF TIMOTHY M. RUSCHE RE: DEFENDANTS' ADMINISTRATIVE MOTION**
58361339v.1