1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| DEREK L. MCGHEE, on behalf of himself and others similarly situated, | Case No. 4:18-cv-05999-JSW |
| Plaintiffs, | **[PROPOSED] ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION** |
| v. | |
| TESORO REFINING & MARKETING COMPANY LLC; ANDEAVOR; ANDEAVOR LOGISTICS LP; and DOES 1 to 100, inclusive | |
| Defendants. | |

58360495v.1

1    The Court, having evaluated Defendants' administrative motion to consider whether

2  *Janice Wood, Anthony Alfaro, and Aaron Dietrich, on behalf of themselves and others similarly situated,*

3  *v. Marathon Refining Logistics Services LLC, et. al.*, United States District Court for the Northern

4  District of California, Case No. 3:19-cv-04287-LB ("*Wood*"), should be related to this action, hereby

5  orders

6

7    _____ - The *Wood* matter shall be related to this action.

8

9    _____ - The *Wood* matter shall not be related to this action.

10

11

12    **IT IS SO ORDERED.**

13

14  Dated: _____          _____

15                                         THE HONORABLE JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2
**[PROPOSED] ORDER**

58360495v.1