**Anwar Burton**

| | |
|---|---|
| **From:** | Anwar Burton |
| **Sent:** | Thursday, March 12, 2020 6:04 PM |
| **To:** | 'Kopp, Michael W'; Rusche, Tim |
| **Cc:** | Vincent Granberry; Joseph Lavi; James Yoo |
| **Subject:** | McGhee vs. Tesoro |
| **Attachments:** | JNT.LTR.BRIEF.3.12.20.docx |

Counsel,

Please see attached joint letter brief. Please insert your portions and return to me for submission.

Best,

Anwar Burton, Esq.
**LAVI & EBRAHIMIAN, LLP**
8889 West Olympic Blvd., Suite 200
Beverly Hills, CA 90211
Tel: (310) 432-0000
Fax: (310) 432-0001
E-mail to: aburton@lelawfirm.com

The information contained herein (and any attachments) is confidential and privileged attorney-client information or work product intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error please notify me immediately. Thank you for your cooperation.   PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.