# Anwar Burton

| | |
|---|---|
| **From:** | Anwar Burton |
| **Sent:** | Wednesday, July 8, 2020 11:30 AM |
| **To:** | 'Kopp, Michael W'; Joseph Lavi |
| **Cc:** | Rusche, Tim; Vincent Granberry |
| **Subject:** | RE: McGhee |

Michael,

Following up. It has been a week since our last teleconference. Has your team been able to obtain the data? Also, please provide us with PMK availability since we will need to get a date on calendar.

Best,

Anwar Burton, Esq.
**LAVI & EBRAHIMIAN, LLP**
8889 West Olympic Blvd., Suite 200
Beverly Hills, CA 90211
Tel: (310) 432-0000
Fax: (310) 432-0001
E-mail to: aburton@lelawfirm.com

The information contained herein (and any attachments) is confidential and privileged attorney-client information or work product intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error please notify me immediately. Thank you for your cooperation. 🌲 PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.

---

**From:** Kopp, Michael W <MKopp@seyfarth.com>
**Sent:** Thursday, July 2, 2020 9:21 AM
**To:** Anwar Burton <aburton@lelawfirm.com>; Joseph Lavi <Jlavi@lelawfirm.com>
**Cc:** Rusche, Tim <TRusche@seyfarth.com>; Vincent Granberry <VGranberry@lelawfirm.com>
**Subject:** RE: McGhee

Anwar -

Thanks for the call yesterday. To clarify regarding "gaps" - we have produced time and pay records for all putative class employees in the Carson Lab. As noted in my message below - you are asking for additional data that is not on a wage statement (**daily** paid time, rather than pay period listings of total hours worked). We are nonetheless looking into the company's ability to produce daily paid time records, and will get back to you shortly.

Mike

**Mike W Kopp** | Senior Counsel | Seyfarth Shaw LLP
400 Capitol Mall | Suite 2350 | Sacramento, California 95814-4428
Direct: +1-916-498-7039
mkopp@seyfarth.com | www.seyfarth.com

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Anwar Burton <aburton@lelawfirm.com>
**Sent:** Wednesday, July 1, 2020 5:49 PM
**To:** Kopp, Michael W <MKopp@seyfarth.com>; Joseph Lavi <Jlavi@lelawfirm.com>
**Cc:** Rusche, Tim <TRusche@seyfarth.com>; Vincent Granberry <VGranberry@lelawfirm.com>
**Subject:** RE: McGhee

**[EXT. Sender]**

Mike,

To confirm, you agreed that you would relay our concerns regarding the gaps in Defendants' data production to date i.e., the absence of information relating to daily paid hours. In that regard, you mentioned that you would reach out to your client sometime this week. I will follow up with you next week. As you are aware, our class certification deadline is quickly approaching and this is data that we had hoped to have by now.

Best,

Anwar Burton, Esq.
**LAVI & EBRAHIMIAN, LLP**
8889 West Olympic Blvd., Suite 200
Beverly Hills, CA 90211
Tel: (310) 432-0000
Fax: (310) 432-0001
E-mail to: aburton@lelawfirm.com

The information contained herein (and any attachments) is confidential and privileged attorney-client information or work product intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error please notify me immediately. Thank you for your cooperation. 🌲 PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.

**From:** Kopp, Michael W <MKopp@seyfarth.com>
**Sent:** Wednesday, July 1, 2020 4:29 PM
**To:** Anwar Burton <aburton@lelawfirm.com>; Joseph Lavi <Jlavi@lelawfirm.com>

**Cc:** Rusche, Tim <TRusche@seyfarth.com>; Vincent Granberry <VGranberry@lelawfirm.com>
**Subject:** RE: McGhee

All,

In advance of the call, we are sending the following discussion points.

- We previously produced time and pay data (and contact list) for the Carson Lab sampling, pursuant to the Court's adoption of our earlier proposed sampling compromise to provide Carson Lab time and wage records and a contact list;

- Last week, we had a call to discuss a difference in presentation you recently noted regarding pre-2018 payroll records from the Carson Lab sample (namely, that the pre-2018 records did not include hours worked, while the post 2018 records do contain that information;

- We explained that the reports were pulled from different systems for these different periods of time, and we would be happy to look into whether the earlier database/system could generate a report that included hours worked;

- You stated that you did not need updated payroll records for ***pay period hours worked*** (e.g. the type of information that would be presented on wage statements), but were looking for ***daily*** total hours worked and entered for payment

- We explained that this type of record (daily pay records) were not what the court ordered produced (which provided for production of time and wage records) and is not the type of information that the Labor Code requires employers to identify (only pay period hours worked at each rate need be identified on wage statements), but we would nonetheless evaluate and get back to you;

- You explained that the need for this information was for purposes of determining time punch adjustments, and that you did not see what adjustments were made without that data;

- We've reviewed the timekeeping data produced again, and if that is the concern, believe the information is found there. See records at 1607-5529, showing in/out punches and daily totaled time. We will confirm with the client that "totaled time" is paid time, but anticipate that is the case.

Based on our prior call, we believe that meets plaintiffs' needs, but will be happy to entertain any further discussion on the call.

**Mike W Kopp** | Senior Counsel | Seyfarth Shaw LLP
400 Capitol Mall | Suite 2350 | Sacramento, California 95814-4428
Direct: +1-916-498-7039
mkopp@seyfarth.com | www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Anwar Burton <aburton@lelawfirm.com>
**Sent:** Wednesday, July 1, 2020 4:02 PM
**To:** Joseph Lavi <Jlavi@lelawfirm.com>; Kopp, Michael W <MKopp@seyfarth.com>
**Cc:** Rusche, Tim <TRusche@seyfarth.com>; Vincent Granberry <VGranberry@lelawfirm.com>
**Subject:** RE: McGhee

**[EXT. Sender]**

Please use the same dial-in info.

Best,

Anwar Burton, Esq.
**LAVI & EBRAHIMIAN, LLP**
8889 West Olympic Blvd., Suite 200
Beverly Hills, CA 90211
Tel: (310) 432-0000
Fax: (310) 432-0001
E-mail to: aburton@lelawfirm.com

The information contained herein (and any attachments) is confidential and privileged attorney-client information or work product intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error please notify me immediately. Thank you for your cooperation. PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.

**From:** Joseph Lavi <Jlavi@lelawfirm.com>
**Sent:** Wednesday, July 1, 2020 3:49 PM
**To:** Kopp, Michael W <MKopp@seyfarth.com>; Anwar Burton <aburton@lelawfirm.com>
**Cc:** Rusche, Tim <TRusche@seyfarth.com>; Vincent Granberry <VGranberry@lelawfirm.com>
**Subject:** RE: McGhee

5:30 works.

Thank you.


Joseph Lavi, Esq.
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California  90211
Telephone (310) 432-0000
Facsimile  (310) 432-0001

The information contained herein is confidential and privileged attorney-client information or work product intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution or copying of this communication is strictly prohibited.

If you have received this communication in error please notify me immediately.

**From:** Kopp, Michael W <MKopp@seyfarth.com>
**Sent:** Wednesday, July 1, 2020 3:44 PM
**To:** Anwar Burton <aburton@lelawfirm.com>
**Cc:** Rusche, Tim <TRusche@seyfarth.com>; Vincent Granberry <VGranberry@lelawfirm.com>; Joseph Lavi <Jlavi@lelawfirm.com>
**Subject:** RE: McGhee

Anwar -

I am happy to accommodate a 5:30 p.m. call if that works on your end.

Mike

**Mike W Kopp** | Senior Counsel | Seyfarth Shaw LLP
400 Capitol Mall | Suite 2350 | Sacramento, California 95814-4428
Direct: +1-916-498-7039
mkopp@seyfarth.com | www.seyfarth.com [url.emailprotection.link]

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Anwar Burton <aburton@lelawfirm.com>
**Sent:** Wednesday, July 1, 2020 2:29 PM
**To:** Kopp, Michael W <MKopp@seyfarth.com>
**Cc:** Rusche, Tim <TRusche@seyfarth.com>; Vincent Granberry <VGranberry@lelawfirm.com>; Joseph Lavi <Jlavi@lelawfirm.com>
**Subject:** RE: McGhee

**[EXT. Sender]**

Good afternoon,

At the time we spoke last week, all Parties agreed that this was a convenient time to discuss the issues related to Defendants' supplemental document production. We cannot delay this matter any further. As a compromise, we can wait until later this afternoon/evening. Otherwise, we will be forced to bring raise the issue of Defendants' incomplete document production and unnecessary delay before the magistrate judge via a joint letter brief.

Finally, please include Vincent Granberry and Joseph Lavi on all future emails.

Best,

Anwar Burton, Esq.
**<u>LAVI & EBRAHIMIAN, LLP</u>**
8889 West Olympic Blvd., Suite 200
Beverly Hills, CA 90211
Tel: (310) 432-0000
Fax: (310) 432-0001
E-mail to: aburton@lelawfirm.com

The information contained herein (and any attachments) is confidential and privileged attorney-client information or work product intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error please notify me immediately. Thank you for your cooperation. 🌲 PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.

---

**From:** Kopp, Michael W <MKopp@seyfarth.com>
**Sent:** Wednesday, July 1, 2020 2:16 PM
**To:** Anwar Burton <aburton@lelawfirm.com>
**Cc:** Rusche, Tim <TRusche@seyfarth.com>
**Subject:** McGhee

Anwar -

I see the call on my calendar - but I have a conflict this afternoon.  Could we push to Monday or Tuesday?  Thanks,

Mike

**Mike W Kopp** | Senior Counsel | Seyfarth Shaw LLP
400 Capitol Mall | Suite 2350 | Sacramento, California 95814-4428
Direct: +1-916-498-7039
mkopp@seyfarth.com | www.seyfarth.com [url.emailprotection.link] [url.emailprotection.link]



---

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.