## Anwar Burton

| | |
|---|---|
| **From:** | Anwar Burton |
| **Sent:** | Monday, August 3, 2020 11:13 AM |
| **To:** | 'Kopp, Michael W'; Joseph Lavi |
| **Cc:** | Rusche, Tim; Ninelist, Linda; Vincent Granberry |
| **Subject:** | RE: McGhee v. Tesoro - Supplemental Production |

Good morning,

I think it makes the most sense to tether the new deadline to the resolution of the outstanding discovery issues between the Parties. Specifically, we are still in the process of analyzing the information your team recently provided but anticipate that we will need to revisit the issue of class wide discovery and the scope of PMK testimony with Judge Illman. Based on prior history, should Judge Illman decide that Plaintiff is entitled to a broader range of information currently in Defendants possession, we anticipate that it will take Defendants months to gather that data (it has taken approximately 5 months to get the information recently provided). Moreover, the Parties will need to agree on and disseminate a Belaire West opt out notice to putative class members. Therefore, considering the foregoing, we propose that the class certification filing be 8-months after the Parties have resolved these discovery related issues so that we do not have to keep asking the court to continue the deadline. Moreover, this extension accounts for the fact that we still do not know what additional impact COVID will have moving forward, which might include additional full closures and/or shutdowns.

Best,

Anwar Burton, Esq.
**LAVI & EBRAHIMIAN, LLP**
8889 West Olympic Blvd., Suite 200
Beverly Hills, CA 90211
Tel: (310) 432-0000
Fax: (310) 432-0001
E-mail to: aburton@lelawfirm.com

The information contained herein (and any attachments) is confidential and privileged attorney-client information or work product intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error please notify me immediately. Thank you for your cooperation. 🌲 PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.

**From:** Kopp, Michael W <MKopp@seyfarth.com>
**Sent:** Wednesday, July 29, 2020 6:16 PM
**To:** Anwar Burton <aburton@lelawfirm.com>; Joseph Lavi <Jlavi@lelawfirm.com>
**Cc:** Rusche, Tim <TRusche@seyfarth.com>; Ninelist, Linda <LNinelist@seyfarth.com>
**Subject:** RE: McGhee v. Tesoro - Supplemental Production

Anwar -

It's hard to evaluate your request if we don't know what you are proposing as to the extension. What are you requesting?  Thanks,

Mike

**Mike W Kopp** | Senior Counsel | Seyfarth Shaw LLP
400 Capitol Mall | Suite 2350 | Sacramento, California 95814-4428
Direct: +1-916-498-7039
mkopp@seyfarth.com | www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Anwar Burton <aburton@lelawfirm.com>
**Sent:** Wednesday, July 29, 2020 4:26 PM
**To:** Kopp, Michael W <MKopp@seyfarth.com>; Joseph Lavi <Jlavi@lelawfirm.com>
**Cc:** Rusche, Tim <TRusche@seyfarth.com>; Ninelist, Linda <LNinelist@seyfarth.com>
**Subject:** RE: McGhee v. Tesoro - Supplemental Production


**[EXT. Sender]**

Good afternoon,

Given the considerable delay in receiving this information, please let us know if you will stipulate to an extension of Plaintiff's class certification deadline. If not, we intend to seek the same via administrative motion. Please let me know by COB tomorrow.

Best,

Anwar Burton, Esq.
**LAVI & EBRAHIMIAN, LLP**
8889 West Olympic Blvd., Suite 200
Beverly Hills, CA 90211
Tel: (310) 432-0000
Fax: (310) 432-0001
E-mail to: aburton@lelawfirm.com

The information contained herein (and any attachments) is confidential and privileged attorney-client information or work product intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error please notify me immediately. Thank you for your cooperation. 🌲 PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.

**From:** Kopp, Michael W <MKopp@seyfarth.com>
**Sent:** Friday, July 24, 2020 6:43 PM
**To:** Anwar Burton <aburton@lelawfirm.com>; Joseph Lavi <Jlavi@lelawfirm.com>
**Cc:** Rusche, Tim <TRusche@seyfarth.com>; Ninelist, Linda <LNinelist@seyfarth.com>
**Subject:** McGhee v. Tesoro - Supplemental Production

Counsel -

Below is the link to payroll records showing total hours worked by pay period and corresponding rates of pay - which replaces the earlier archived data set (the HRP data - 2014-2018) which had not included the hours worked data.  Time is pulled on a pay period basis for payroll, and we have yet not been able to pull an alternative confirmed/reliable daily paid time report. This supplementation provides the information needed to run the time/pay comparison, and addresses the issue that initiated our more recent discussions (e.g. your concern that the HRP data did not have hours worked).

Let us know if you have questions or want to discuss.

Below you will find a link to Marathon's confidential production of certain payroll records (Bates Range TESORO-005332).  Please note that these files contain sensitive employee records and should be treated accordingly.  The password for the zip folder will be sent under separate cover.

Link: https://seyfarth.sharefile.com/d-s6107c69c6c342ab9 [url.emailprotection.link]

The production files were compressed using 7-zip (freeware available at www.7-zip.org [url.emailprotection.link]) and AES-256 encryption, one of the most secure encryption methods available.  If you have any trouble accessing them using your default zipping program, we recommend opening them using 7-zip.

If you have any trouble accessing the documents, please let us know.


**Mike W Kopp** | Senior Counsel | Seyfarth Shaw LLP
400 Capitol Mall | Suite 2350 | Sacramento, California 95814-4428
Direct: +1-916-498-7039
mkopp@seyfarth.com | www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.