**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MCGHEE, on behalf of himself and others similarly situated,<br><br>PLAINTIFF,<br><br>vs.<br><br>TESORO REFINING & MARKETING COMPANY LLC; ANDEAVOR; ANDEAVOR LOGISTICS LP; and DOES 1 to 100, inclusive,<br><br>DEFENDANTS. | Case No.: 4:18-cv-05999-JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE CLASS CERTIFICATION FILING DEADLINE AND HEARING DATE** |

**[PROPOSED] ORDER**

The Court, having considered all materials filed in support of and in opposition to the Plaintiff's Administrative Motion to Continue Class Certification Filing Deadline and Hearing Date, and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Class Certification and all related deadlines shall be continued. The continued deadlines are as follows:

Motion for Class Certification due: _____

Opposition to Motion for Class Certification due: _____

Reply to Opposition to Motion for Class Certification due: _____

Motion for Class Certification Hearing Date: _____ at _____ a.m./p.m.

**IT IS SO ORDERED.**

DATED: _____  _____
Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE CLASS CERTIFICATION FILING DEADLINE AND HEARING DATE

1