# PROOF OF SERVICE

On August 12, 2020, I served the foregoing document, described as

- **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE CLASS CERTIFICATION FILING DEADLINE AND HEARING DATE**
- **DECLARATION OF ANWAR D. BURTON IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE CLASS CERTIFICATION FILING DEADLINE AND HEARING DATE**
- **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE CLASS CERTIFICATION FILING DEADLINE AND HEARING DATE**

on all interested parties in this action in the manner provided as follows:

**A**   **(BY MAIL)** As follows:

I placed such envelope, with postage thereon prepaid, in the United States mail at Los Angeles, California.

I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

**B**   **(BY ELECTRONIC MAIL)** I sent such document via facsimile mail to the number(s) noted above.

**C**   **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the attorney at the location designated above.

**D**   **(BY ELECTRONIC SERVICE)** I submitted an electronic version of the document(s) via portable document format (PDF) to the court at www.cand.uscourts.gov/cmecf. Service will be deemed effective as provided for by Local Rule 5-1 of the District Court of California, Northern District.

| Party Served | Form of Service |
|---|---|
| **SEYFARTH SHAW LLP**<br>William J. Dritsas (SBN 97523)<br>*wdritsas@seyfarth.com*<br>560 Mission Street, 31st Floor<br>San Francisco, CA  94105-2930<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>**SEYFARTH SHAW LLP**<br>Timothy M. Rusche (SBN 230036)<br>*trusche@seyfarth.com*<br>Timothy M. Fisher (SBN 272392)<br>*tfisher@seyfarth.com*<br>Zaher Lopez (SBN 272293) | D |

**PROOF OF SERVICE**

1

| | |
|---|---|
| *zlopez@seyfarth.com*<br>601 S. Figueroa Street, Suite 3300<br>Los Angeles, California 90017<br>Telephone: (213) 270-9600<br>Facsimile: (213) 270-9601<br><br>**SEYFARTH SHAW LLP**<br>Michael W. Kopp (206385)<br>mkopp@seyfarth.com<br>400 Capitol Mall, Suite 2350<br>Sacramento, California 95814<br>Telephone: (916) 448-0159<br>Facsimile: (916) 558-4839 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 12, 2020                         */s/ Anwar D. Burton*
                                                                    Anwar D. Burton

**PROOF OF SERVICE**
**2**